1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                         CENTRAL DISTRICT OF CALIFORNIA
7
8  CAMERON KRISFALUSI dba          )
   DIRTY DOG, USA,                 )
9                                  )
              Plaintiff,           )   NO. 13-CV-0617-JLQ
10                                 )
      v.                           )
11                                 )   **RULE 54(B) PARTIAL JUDGMENT**
                                   )   **IN A CIVIL CASE; AND ORDER TO**
12 VISION MARKETING AND            )   **SHOW CAUSE**
   DISTRIBUTION LIMITED; NIGEL     )
13 BUTLER,                         )
                                   )
14            Defendants.          )
   _____)
15
16        Pursuant to the Stipulation of the parties (ECF No. 17), filed pursuant to
17 Fed.R.Civ.P. 41(a)(1)(A)(ii), IT IS ORDERED AND ADJUDGED that the claims
18 in the Complaint (ECF No. 1) asserted against DEFENDANT NIGEL BUTLER are
19 DISMISSED without prejudice and without costs or attorneys fees to any party.
20        There being no just reason for delay, the court enters this FINAL
21 JUDGMENT pursuant to Fed.R.Civ.P 54(b) dismissing the claims asserted in the
22 Complaint against Defendant Butler, without prejudice and without attorneys fees
23 or costs to any party.
24        Plaintiff's claims against Defendant Vision Marketing & Distribution
25 Limited remain pending although on May 24, 2013, Defendant filed a Motion to
26 Dismiss which has been continued by the court twice to allow the parties time to
27 negotiate. The parties have however missed the court's extended deadlines for the
28 filing of responsive briefing (August 26, 2013 and September 2, 2013). (ECF No.
   16).

ORDER   1

Accordingly, Plaintiff shall **SHOW CAUSE** in writing by no later than **September 20, 2013** why the Defendant's Motion to Dismiss should not be granted and/or the remainder of this action be dismissed for failure to comply with the court's Order and lack of prosecution.

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and Judgment and furnish provide copies to counsel.

Dated this 10th  day of September, 2013.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER   2