**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON KRISFALUSI dba DIRTY DOG, USA,<br><br>          Plaintiff,<br><br>     v.<br><br>VISION MARKETING AND DISTRIBUTION LIMITED; DOES 1 through 25,<br><br>          Defendants. | NO. 13-CV-0617-JLQ<br><br>**JUDGMENT IN A CIVIL CASE** |

  IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in this proceeding as follows: Plaintiff's claims for relief in the Complaint (ECF No. 1) asserted against DEFENDANT VISION MARKETING & DISTRIBUTION LIMITED NIGEL BUTLER and DOES 1 through 25 are hereby dismissed without prejudice and without costs or attorneys fees to any party.

  **IT IS SO ORDERED.** The Clerk of this court shall enter this **JUDGMENT**, furnish provide copies to counsel, and **CLOSE THE FILE**.

  Dated this 23rd day of January, 2014.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1